United States District Court
Southern District of Texas

**ENTERED**

April 29, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YOAN CRESPO TESOURO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-cv-1387 |
| | § | |
| WARDEN, HOUSTON CONTRACT | § | |
| DETENTION FACILITY, et al, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Before the Court is the Motion to Dismiss Petitioner Yoan Crespo Tesouro's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by Federal Respondents, ECF No. 7. For the reasons stated in the motion, any response, and the arguments of counsel, it is GRANTED.

It is therefore ORDERED that Petitioner Yoan Crespo Tesouro's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is hereby DISMISSED without prejudice.

SIGNED at Houston, Texas, this 28th day of April, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE